1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY SANDOR, et al.,<br><br>　　　　　　Defendants. | NO. EDCV 09-1862 JHN (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

Accordingly, IT IS ORDERED THAT:

1. The claims against Defendant Sandor alleged in the Fifth Amended Complaint are DISMISSED without leave to amend;

2. The Clerk shall serve copies of this Order by United States mail on Plaintiff.

Dated: __10·18__, 2010.

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE