**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOMER E. HAWKINS, | ) NO. EDCV 09-1862 JST (SS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| T. FELKER, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 2, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE